

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00444-CR

**IN RE** Robert Anthony **WARDEN**

Original Mandamus Proceeding[1]

**ORDER**

On September 10, 2020, relator filed a pro se petition for writ of mandamus complaining of the trial court's refusal to rule on his post-conviction motion for DNA/Scientific testing. On October 2, 2020, the trial court provided this court with a copy of its October 2, 2020, order denying relator's "Motion for Post-Conviction DNA Scientific Testing." Because relator has received the requested relief, we dismiss the petition for writ of mandamus as moot. *See* TEX. R. APP. P. 52.8(a). All other requested relief is denied.

It is so **ORDERED** on October 21, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-022-CR-C, styled *State of Texas v. Robert Anthony Warden*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William D. Old, III presiding.